UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/11

11 Misc. 204 (RJH)

IN RE THE PETITION OF DOHAMIN AL-
TAWASULU.

**MEMORANDUM OPINION
AND ORDER**

Richard J. Holwell, District Judge:

     Dohamin Al-Tawasulu petitions this Court for a visa to visit his family in Iraq.  He

proposes to enter and exit through Kuwait.  The Court has no authority to issue visas.  For a visa

to enter Kuwait, petitioner must contact the Kuwaiti Embassy.  In order to determine whether

petitioner will be able to reenter the United States, petitioner must contact U.S. Customs and

Border Protection, whose customer service telephone number is (877) 227-5511.

SO ORDERED.

Dated: New York, New York

     June 22, 2011

Richard J. Holwell

United States District Judge